601 MARTIN vs. CIRCUIT JUDGE (Wayne), No. 15846; 69 N. W., 75; 3 D. L. N., 604.

To compel an allowance of term fees as part of the taxed costs, the respondent being of opinion that no term fee should be taxed for terms at which it was apparent, from the nature of the business of the court, that the cause could not be reached.

Granted Dec. 4, 1896, with costs.

602 BEEM vs. CIRCUIT JUDGE (Newaygo), No. 13788, 97 M., 491.

To compel respondent to reinstate a trial fee of $15, which was struck out of bill on appeal from the taxation of costs, in a case where plaintiffs appealed to the circuit, and upon the trial voluntarily submitted to a non-suit.

Granted Nov. 1, 1893, with costs, requiring the taxation of an attorney fee of $10 as for the trial of an issue of fact.

603 WOLF ET AL. vs. CIRCUIT JUDGE (Osceola), No. 14444.

To compel respondent to retax the costs and strike out an item "for proceedings before notice of trial $15.00," after the second trial of an action of ejectment, wherein relators were defendants, where, upon judgment against them on the first trial, defendants had paid the taxed costs, including a similar item.

Granted October 26, 1894, with costs against plaintiff.